1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10 Fraser Rotchford,

11              Plaintiff,

12    v.

13 Peninsula Regional Network Ombudsmen,

14
             Defendant,

CASE NO. 3:19-cv-05139-RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JULY 5, 2019

15

16     The District Court has referred this action filed under 42 U.S.C. § 1983 to United States

17 Magistrate Judge J. Richard Creatura. Plaintiff Fraser Rotchford, proceeding *pro se* and *in forma*

18 *pauperis*, initiated this civil rights action on February 21, 2019. *See* Dkt. 1. On April 24, 2019,

19 the Court screened plaintiff's complaint and found that plaintiff failed to state a claim under §

20 1983. *See* Dkt. 8. The Court ordered plaintiff to show cause why the complaint should not be

21 dismissed by May 24, 2019. *Id.* The Court warned plaintiff that failure to respond to the order

22 would result in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915.

23 *Id.*

24

REPORT AND RECOMMENDATION - 1

1 | Plaintiff has failed to comply with the Court's order. He has not filed a response to the
2 | order or attempted to file an amended complaint. As plaintiff has failed to respond to the Court's
3 | order and prosecute this case, the Court recommends that this case be dismissed without
4 | prejudice.

5 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on July 5,
10 | 2019, as noted in the caption.

11 | Dated this 12th day of June, 2019.

J. Richard Creatura
United States Magistrate Judge