UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRASER ROTCHFORD,

    Plaintiff,

v.

PENINSULA REGIONAL NETWORK OMBUDSMEN,

    Defendant.

CASE NO. 3:19-CV-05139-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 9).

(2)     This matter is dismissed without prejudice.

**DATED** this 9th day of July, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1